# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

MICHAEL BEELER, as administrator of the
estate of Deborah Beeler, deceased
      Plaintiff(s)

vs.                                       Case No:   11-cv-492-PJC

BNSF RAILWAY COMPANY
      Defendant(s)

## WITNESS LIST

**SUBMITTED BY ATTORNEY:**   James L. Farina/Hoey & Farina

**PARTY REPRESENTED:**   Plaintiff

| No | Name (Do NOT include addresses) | Description of Testimony |
|---|---|---|
| 1 | Michael Beeler | |
| 2 | Tyler Beeler | |
| 3 | Wyatt Beeler | |
| 4 | Bruce Particle | |
| 5 | Leon McCall | |
| 6 | Steve McLoughlin | |
| 7 | Randy Battenfield | |
| 8 | Robert Bolliner | |
| 9 | Ricky Ditzenberger | |
| 10 | Matt Pettus | |
| 11 | Audi Stout | |
| 12 | Eugene McConaughey | |
| 13 | Mike Townsend | |
| 14 | Richard Steeples | |
| 15 | David Casey | |
| 16 | Alan Blackwell | |
| 17 | Cornelius Hofman | |

| No | Name (Do NOT include addresses) | Description of Testimony |
|---|---|---|
| 18 | David DeVault | |
| 19 | Jim Anderson, Principal | |
| 20 | Dr. Clayton Rogers | |
| 21 | Howard Price II | |
| 22 | Shawn Bryon | |
| 23 | Larry Woods | |
| 24 | George Gavalla | |
| 25 | Steve Talbot | |
| 26 | Michael Womack | |

(For Additional lines, press Enter or Tab)

Respectfully submitted,

MICHAEL BEELER, as administrator
Of the estate of Deborah Beeler, deceased

By: ___/s/James L. Farina___
Attorney for Plaintiff

HOEY & FARINA
542 S. Dearborn Street
Suite 200
Chicago, IL 60605
(312) 939-1212

Witness List

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of PLAINTIFF'S EXHIBIT LIST was automatically accomplished on all known Filing Users through the Notice of Electronic Filing on September 6, 2013 .

George Mullican
Michael P. Womack
GIBBS, ARMSTRONG, BOROCHOFF, MULLICAN &
HART, P.C.
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma 74119

Clint McGuire
Law Firm of Alton C. Todd
312 South Friendswood Drive
Friendswood, TX 77546

/s James L Farina
James L. Farina